**Mary H. Clarey, defendant in error, v. Wilbur J. Hudler, plaintiff in error. Gen. No. 8,040.**

Opinion filed January 3, 1930.

Hyer & Gill, for plaintiff in error. Knight & Swenson, for defendant in error; James A. Penny, of counsel.

Mr. Justice Jett delivered the opinion of the court.